# Earnings Statement

**MODERN POURED WALLS, INC.**
P.O. BOX 598
LAGRANGE, OHIO 44050

Period Ending:   07/31/2011
Pay Date:   08/05/2011

Taxable Marital Status:
  Federal:   Married

Exemptions/Allowances:
  Federal:   2

Social Security Number:   XXX-XX-5000

JAMES M. GUNTER
127 TAYLOR ST.
WELLINGTON, OH 44090

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.3000 | 40.02 | 612.32 | 18,458.35 |
| Overtime | 22.9500 | 15.58 | 357.55 | 4,489.55 |
| Holiday | | | | 122.40 |
| Retroative | | | | 1,021.87 |
| Vacation | | | | 734.40 |
| **Gross Pay** | | | **$969.87** | 24,826.57 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -62.25 | 1,424.46 |
| Social Security Tax | -34.36 | 891.17 |
| Medicare Tax | -11.87 | 307.67 |
| OH State Income Tax | -24.27 | 579.30 |
| Avon Lake Income Tax | -2.65 | 43.97 |
| Cleveland Income Tax | -1.14 | 10.02 |
| Ohio School Tax | -8.18 | 212.08 |
| Richfield Income Tax | -4.72 | 8.46 |
| Vermilion Income Tax | -0.89 | 0.89 |
| Amherst Income Tax | | 9.73 |
| Avon Income Tax | | 26.01 |
| Bay Village Income Tax | | 2.16 |
| Berea Income Tax | | 12.75 |
| Broadview He Income Tax | | 7.13 |
| Brunswick Income Tax | | 10.14 |
| Elyria Income Tax | | 0.16 |
| Fairview Par Income Tax | | 1.05 |
| Grafton Income Tax | | 4.94 |
| Hudson Income Tax | | 9.30 |
| Huron C Income Tax | | 0.50 |

| Statutory | this period | year to date |
|---|---|---|
| Kent Income Tax | | 1.21 |
| Lagrange Income Tax | | 1.42 |
| Medina Income Tax | | 9.53 |
| North Ridgev Income Tax | | 1.17 |
| Norwalk Income Tax | | 1.98 |
| Oberlin C Income Tax | | 7.32 |
| Pepper Pike Income Tax | | 1.83 |
| Rocky River Income Tax | | 0.13 |
| Sandusky Income Tax | | 0.39 |
| Solon Income Tax | | 3.50 |
| Strongsville Income Tax | | 3.83 |
| Wadsworth Income Tax | | 3.91 |
| Wellington Income Tax | | 0.48 |
| Westlake Income Tax | | 2.45 |

| Other | this period | year to date |
|---|---|---|
| Dental | -17.62* | 455.22 |
| Garnishment | -204.89 | 204.89 |
| Life Ins Post | -0.93 | 28.83 |
| Life Voluntary | -2.05 | 63.55 |
| Ltd | -2.77 | 85.87 |
| Medical | -129.36* | 3,023.98 |
| Savings | -80.00 | |
| Std | -2.62 | 81.22 |
| Vision | -4.76* | 128.97 |
| Advance | | 731.13 |
| Supplies | | 59.99 |
| **Net Pay** | **$374.54** | |

©1998, 2006. ADP, Inc. All Rights Reserved.

| TEAR HERE

# Earnings Statement

James M. Gunter
127 Taylor St.
Wellington, OH 44090

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MPW | 731 | 30-1 | 07/29/2011 | 07/24/2011 | 9000-4 | | 1,105.82 | 676.78 | 00027725 | Check | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 40.04 | 612.62 |
| Overtime | | 21.49 | 493.20 |
| | | Gross Pay | $1,105.82 |

**Deductions**

**Statutory**

| | |
|---|---|
| Federal Income Tax | -82.62 |
| Medicare | -13.83 |
| School District Tax | -9.55 |
| Social Security | -40.07 |
| 379H Worked In Locality Income Tax | -10.51 |
| OH Worked In State Income Tax | -30.35 |

**Others**

| | |
|---|---|
| LTD | -2.77 |
| Vision | -4.76 |
| Std | -2.62 |
| Medical | -129.36 |
| Life Voluntary | -2.05 |
| Dental | -17.62 |
| Life Insurance-Post Tax | -0.93 |
| Supplies | -2.00 |
| Savings | -80.00 |
| Net Pay | $676.78 |

MPW 000731 9000-4    0000027685   1    034
Page 1(Con't Next Page)

MODERN POURED WALLS, INC.
P.O. BOX 598
LAGRANGE, OHIO 44050

# Earnings Statement

**ADP**

Period Ending: 07/17/2011
Pay Date: 07/22/2011

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 2

JAMES M. GUNTER
127 TAYLOR ST.
WELLINGTON, OH 44090

Social Security Number: XXX-XX-5000

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.3000 | 40.02 | 612.33 | 17,233.41 |
| Overtime | 22.9500 | 14.58 | 334.61 | 3,638.80 |
| Holiday | | | | 122.40 |
| Retroative | | | | 1,021.87 |
| Vacation | | | | 734.40 |
| **Gross Pay** | | | **$946.94** | 22,750.88 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -58.81 | 1,279.59 |
| | Social Security Tax | -33.40 | 816.74 |
| | Medicare Tax | -11.53 | 281.97 |
| | OH State Income Tax | -23.23 | 524.68 |
| | Berea Income Tax | -8.28 | 12.24 |
| | Oberlin C Income Tax | -0.64 | 7.32 |
| | Ohio School Tax | -7.94 | 194.35 |
| | Richfield Income Tax | -3.74 | 3.74 |
| | Wadsworth Income Tax | -0.45 | 3.91 |
| | Amherst Income Tax | | 9.73 |
| | Avon Income Tax | | 26.01 |
| | Avon Lake Income Tax | | 37.01 |
| | Bay Village Income Tax | | 2.16 |
| | Broadview He Income Tax | | 7.13 |
| | Brunswick Income Tax | | 10.14 |
| | Cleveland Income Tax | | 8.88 |
| | Elyria Income Tax | | 0.16 |
| | Fairview Par Income Tax | | 1.05 |
| | Grafton Income Tax | | 4.94 |
| | Hudson Income Tax | | 4.08 |

| Statutory | this period | year to date |
|---|---|---|
| Huron C Income Tax | | 0.50 |
| Kent Income Tax | | 1.21 |
| Lagrange Income Tax | | 0.95 |
| Medina Income Tax | | 9.53 |
| North Ridgev Income Tax | | 1.17 |
| Norwalk Income Tax | | 1.98 |
| Pepper Pike Income Tax | | 1.83 |
| Rocky River Income Tax | | 0.13 |
| Sandusky Income Tax | | 0.39 |
| Solon Income Tax | | 3.50 |
| Strongsville Income Tax | | 3.83 |
| Wellington Income Tax | | 0.48 |
| Westlake Income Tax | | 2.45 |

| Other | | |
|---|---|---|
| Dental | -17.62* | 419.98 |
| Life Ins Post | -0.93 | 26.97 |
| Life Voluntary | -2.05 | 59.45 |
| Ltd | -2.77 | 80.33 |
| Medical | -129.36* | 2,765.26 |
| Savings | -80.00 | |
| Std | -2.62 | 75.98 |
| Supplies | -2.00 | 57.99 |
| Vision | -4.76* | 119.45 |
| Advance | | 731.13 |

**Net Pay**    **$556.81**

\* Excluded from federal taxable wages

©1998, 2006. ADP, Inc. All Rights Reserved.
TEAR HERE

**MODERN POURED WALLS, INC.**
P.O. BOX 598
LAGRANGE, OHIO 44050

# Earnings Statement   ADP

Period Ending: 07/10/2011
Pay Date: 07/15/2011

Taxable Marital Status:
  Federal: Married

Exemptions/Allowances:
  Federal: 2

JAMES M. GUNTER
127 TAYLOR ST.
WELLINGTON, OH 44090

Social Security Number: XXX-XX-5000

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.3000 | 40.02 | 612.32 | 16,621.08 |
| Overtime | 22.9500 | 8.73 | 200.35 | 3,304.19 |
| Holiday | 15.3000 | 8.00 | 122.40 | 122.40 |
| Retroative | | | | 1,021.87 |
| Vacation | | | | 734.40 |
| **Gross Pay** | | | **$935.07** | 21,803.94 |

| Deductions Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -57.03 | 1,220.78 |
| Social Security Tax | -32.90 | 783.34 |
| Medicare Tax | -11.36 | 270.44 |
| OH State Income Tax | -22.71 | 501.45 |
| Avon Income Tax | -0.50 | 26.01 |
| Avon Lake Income Tax | -2.63 | 37.01 |
| Berea Income Tax | -0.24 | 3.96 |
| Lagrange Income Tax | -0.95 | 0.95 |
| Ohio School Tax | -7.84 | 186.41 |
| Strongsville Income Tax | -0.05 | 3.83 |
| Amherst Income Tax | | 9.71 |
| Bay Village Income Tax | | 2.16 |
| Broadview He Income Tax | | 7.13 |
| Brunswick Income Tax | | 10.14 |
| Cleveland Income Tax | | 8.88 |
| Elyria Income Tax | | 0.16 |
| Fairview Par Income Tax | | 1.05 |
| Grafton Income Tax | | 4.94 |
| Hudson Income Tax | | 4.08 |
| Huron C Income Tax | | 0.50 |

| Statutory | this period | year to date |
|---|---|---|
| Kent Income Tax | | 1.21 |
| Medina Income Tax | | 9.53 |
| North Ridgev Income Tax | | 1.17 |
| Norwalk Income Tax | | 1.98 |
| Oberlin C Income Tax | | 6.68 |
| Pepper Pike Income Tax | | 1.83 |
| Rocky River Income Tax | | 0.13 |
| Sandusky Income Tax | | 0.39 |
| Solon Income Tax | | 3.50 |
| Wadsworth Income Tax | | 3.46 |
| Wellington Income Tax | | 0.48 |
| Westlake Income Tax | | 2.45 |

| Other | this period | year to date |
|---|---|---|
| Dental | -17.62* | 402.36 |
| Life Ins Post | -0.93 | 26.04 |
| Life Voluntary | -2.05 | 57.40 |
| Ltd | -2.77 | 77.56 |
| Medical | -129.36* | 2,635.90 |
| Savings | -80.00 | |
| Std | -2.62 | 73.36 |
| Vision | -4.76* | 114.69 |
| Advance | | 731.13 |
| Supplies | | 55.99 |

**Net Pay**    $___.75

* Excluded from federal taxable wages
Your federal taxable wages this period are $783.33

©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

James M. Gunter
127 Taylor St.
Wellington, OH 44090

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MPW | 731 | 27-1 | 07/08/2011 | 07/03/2011 | 9000-4 | | 862.93 | 500.93 | 00027609 | Check | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 40.00 | 612.00 |
| Overtime | | 5.60 | 128.53 |
| Vacation | 15.30 | 8.00 | 122.40 |
| | Gross Pay | | $862.93 |

**Deductions**

**Statutory**

| | |
|---|---|
| Federal Income Tax | -46.19 |
| Medicare | -10.31 |
| School District Tax | -7.10 |
| Social Security | -29.87 |
| 104M Worked In Locality Income Tax | -8.57 |
| OH Worked In State Income Tax | -19.85 |

**Others**

| | |
|---|---|
| LTD | -2.77 |
| Vision | -4.76 |
| Std | -2.62 |
| Medical | -129.36 |
| Life Voluntary | -2.05 |
| Dental | -17.62 |
| Life Insurance-Post Tax | -0.93 |
| Savings | -80.00 |
| Net Pay | $500.93 |

MODERN POURED WALLS, INC.
P.O. BOX 598
LAGRANGE, OHIO 44050

# Earnings Statement

**ADP**

Period Ending: 06/26/2011
Pay Date: 07/01/2011

Taxable Marital Status:
 Federal:  Married

Exemptions/Allowances:
 Federal:  2

Social Security Number: XXX-XX-5000

JAMES M. GUNTER
127 TAYLOR ST.
WELLINGTON, OH 44090

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.3000 | 40.01 | 612.17 | 15,396.76 |
| Overtime | 22.9500 | 11.04 | 253.36 | 2,975.31 |
| Retroative |  |  |  | 1,021.87 |
| Vacation |  |  |  | 612.00 |
| **Gross Pay** |  |  | **$865.53** | 20,005.94 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
|  | Federal Income Tax | -46.59 | 1,117.56 |
|  | Social Security Tax | -29.98 | 720.57 |
|  | Medicare Tax | -10.35 | 248.77 |
|  | OH State Income Tax | -19.97 | 458.89 |
|  | Avon Income Tax | -0.32 | 25.51 |
|  | Avon Lake Income Tax | -1.58 | 30.81 |
|  | Medina Income Tax | -2.38 | 7.06 |
|  | Norwalk Income Tax | -1.98 | 1.98 |
|  | Ohio School Tax | -7.12 | 171.47 |
|  | Strongsville Income Tax | -0.66 | 3.78 |
|  | Amherst Income Tax |  | 9.73 |
|  | Bay Village Income Tax |  | 2.16 |
|  | Berea Income Tax |  | 1.35 |
|  | Broadview He Income Tax |  | 7.13 |
|  | Brunswick Income Tax |  | 10.14 |
|  | Cleveland Income Tax |  | 8.88 |
|  | Fairview Par Income Tax |  | 1.05 |
|  | Grafton Income Tax |  | 4.94 |
|  | Hudson Income Tax |  | 4.08 |
|  | Huron C Income Tax |  | 0.50 |
|  | Kent Income Tax |  | 1.21 |

| Statutory | this period | year to date |
|---|---|---|
| North Ridgev Income Tax |  | 1.17 |
| Oberlin C Income Tax |  | 6.68 |
| Pepper Pike Income Tax |  | 1.83 |
| Rocky River Income Tax |  | 0.13 |
| Sandusky Income Tax |  | 0.39 |
| Solon Income Tax |  | 3.50 |
| Wadsworth Income Tax |  | 3.46 |
| Wellington Income Tax |  | 0.48 |
| Westlake Income Tax |  | 2.45 |

| Other | this period | year to date |
|---|---|---|
| Dental | -17.62* | 367.12 |
| Life Ins Post | -0.93 | 24.18 |
| Life Voluntary | -2.05 | 53.30 |
| Ltd | -2.77 | 72.02 |
| Medical | -129.36* | 2,377.18 |
| Savings | -80.00 |  |
| Std | -2.62 | 68.12 |
| Supplies | -5.00 | 55.99 |
| Vision | -4.76* | 105.17 |
| Advance |  | 731.13 |
| **Net Pay** | **$499.49** |  |

\* Excluded from federal taxable wages
 Your federal taxable wages this period are $713.79

©1998, 2006, ADP, Inc. All Rights Reserved.
TEAR HERE

# Earnings Statement

James M. Gunter
127 Taylor St.
Wellington, OH 44090

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MPW | 731 | 25-1 | 06/24/2011 | 06/19/2011 | 9000-4 | | 1,017.53 | 614.35 | 00027533 | Check | |

| Earnings | Rate | Hours | Cumulative |
|---|---|---|---|
| Regular | | 40.00 | 612.00 |
| Overtime | | 17.67 | 405.53 |
| | Gross Pay | | $1,017.53 |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | -69.39 |
| | Medicare | -12.56 |
| | School District Tax | -8.67 |
| | Social Security | -36.36 |
| | 104M Worked In Locality Income Tax | -9.70 |
| | OH Worked In State Income Tax | -26.39 |

| | Others | |
|---|---|---|
| | LTD | -2.77 |
| | Vision | -4.76 |
| | Std | -2.62 |
| | Medical | -129.36 |
| | Life Voluntary | -2.05 |
| | Dental | -17.62 |
| | Life Insurance-Post Tax | -0.93 |
| | Savings | -80.00 |
| | Net Pay | $614.35 |

# Earnings Statement

James M. Gunter
127 Taylor St.
Wellington, OH 44090

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MPW | 731 | 24-1 | 06/17/2011 | 06/12/2011 | 9000-4 | | 1,034.54 | 624.82 | 00027497 | Check | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 40.00 | 612.01 |
| Overtime | | 18.41 | 422.53 |
| | | Gross Pay | $1,034.54 |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | -71.95 |
| | Medicare | -12.80 |
| | School District Tax | -8.83 |
| | Social Security | -37.08 |
| | 379A Worked In Locality Income Tax | -11.82 |
| | OH Worked In State Income Tax | -27.13 |
| | **Others** | |
| | LTD | -2.77 |
| | Vision | -4.76 |
| | Std | -2.62 |
| | Medical | -129.36 |
| | Life Voluntary | -2.05 |
| | Dental | -17.62 |
| | Life Insurance-Post Tax | -0.93 |
| | Savings | -80.00 |
| | Net Pay | $624.82 |

# Earnings Statement

James M. Gunter
127 Taylor St.
Wellington, OH 44090

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MPW | 731 | 23-1 | 06/10/2011 | 06/05/2011 | 9000-4 | | 901.54 | 531.11 | 00027462 | Check | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 40.01 | 612.14 |
| Overtime | | 12.61 | 289.40 |
| | | **Gross Pay** | **$901.54** |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | -52.01 |
| | Medicare | -10.87 |
| | School District Tax | -7.49 |
| | Social Security | -31.49 |
| | 213W Worked In Locality Income Tax | -5.12 |
| | OH Worked In State Income Tax | -21.34 |
| | **Others** | |
| | LTD | -2.77 |
| | Vision | -4.76 |
| | Std | -2.62 |
| | Medical | -129.36 |
| | Life Voluntary | -2.05 |
| | Dental | -17.62 |
| | Life Insurance-Post Tax | -0.93 |
| | Supplies | -2.00 |
| | Savings | -80.00 |
| | **Net Pay** | **$531.11** |